**COM.**

v.

**KINARD, K.**

**3019 EDA 2015**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0013967–2014 (Philadelphia)

Affirmed

■

**COM.**

v.

**LITTLE, J.**

**3147 EDA 2015**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0001811–2015 (Philadelphia)

Affirmed

■

**COM.**

v.

**JACKSON, T.**

**3708 EDA 2015**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0009821–2007
(Philadelphia)

Affirmed

■

**JACKSON, C.**

v.

**CONSOLIDATED RAIL
CORPORATION**

**3735 EDA 2015**

Superior Court of Pennsylvania.

03/28/2017

March Term, 2014, NO. 002160 (Phila-
delphia)

Affirmed

■

**COM.**

v.

**SAVAGE, D.**

**3838 EDA 2015**

Superior Court of Pennsylvania.

03/28/2017

CP–51–CR–0011386–2008 (Philadelphia)

Affirmed